UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                                CHAPTER 13
WILLIAM K. BRADY
PATRICE M. BRADY                                         CASE NO. 09-75017

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    US Bank NA                    **Court claim #: (if known)**    5

**Last four digits** of any number used to identify the debtor's account: 8547

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $5685.55 (Per Amended Claim filed 12/23/10) |
| Amount Paid by Trustee | $5685.55 |

| *Monthly ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐ Thru the Chapter 13 Plan | ☒ Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   12/5/2013                            /s/Lydia S. Meyer
                                              Lydia S. Meyer, Trustee
                                              308 W. State St., Suite 212
                                              Rockford, IL  61101

Certificate of Service
   I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 5TH Day of December, 2013.

Dated:   12/5/2013                            /s/Cynthia K. Burnard

US BANK NA
BANKRUPTCY DEPARTMENT
4801 FREDERICA STREET
OWENSBORO, KY 42301

US BANK
MAIL LOC. CNTX05
ATTN: 5TH FLOOR, BK.
PO BOX 5229
CINCINNATI, OH  45201

PIERCE AND ASSOCIATES, PC
1 NORTH DEARBORN, SUITE 1300
CHICAGO, IL  60602

U.S. BANK
PO BOX 17143
DENVER, CO 80217

WILLIAM K. BRADY
PATRICE M. BRADY
5438 DALE AVENUE
LOVES PARK, IL  61111

BALSLEY & DAHLBERG LLP
5130 NORTH SECOND STREET
LOVES PARK, IL  61111